JAMES C. GALLO, ESQ.
Nevada Bar No. 005959
818 S. Casino Center Blvd.
Las Vegas, Nevada 89101
Telephone: (702) 385-3131
Facsimile: (702) 385-3130
*Email: James@GalloLawOffice.com*
Attorney for Defendant
JASON JACKSON

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 2:22-mj-0325-DJA |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER TO |
| v. | ) | CONTINUE ARRAIGNMENT |
| | ) | |
| | ) | |
| JASON JACKSON, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | (First Request) |
| | ) | |

IT IS HEREBY STIPULATED by and between JASON JACKSON, Defendant, by and through counsel JAMES C. GALLO, JR., ESQ.; and the United States of America, by and through, ANGELICA MARMORSTEIN, ESQ., Assistant United States Attorney, and the Arraignment currently scheduled for July 7, 2022, at the hour of 11:00 a.m., be continued to a date and time to be set by this Honorable Court.

This Stipulation is entered into for the following reasons:

1. Counsel for Defendant has requested a continuance from U.S. Attorney Angelica Marmostein who has no objection to this continuance.

2. Counsel for Defendant will be out of the state the week of July 1, 2022, through July 8, 2022.

-1-

3. Counsel for Defendant a short continuance after the 8th to appear in court.

4. Denial for this request for continuance would deny the parties herein time and the opportunity to appear in person, taking into account the exercise of due diligence.

5. Additionally, denial of this request for continuance would result in a miscarriage of justice.

6. For all the above-stated reasons, the ends of justice would best be served by a continuance of the Arraignment date.

7. The additional time requested by this stipulation, is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. 3161(h)(7) (A), considering the factors under 18 U.S.C. 3161 (h)(7)(B)( i) and 3161 (h)(7)(B)(iv).

8. This is the first request for a continuance of the Arraignment date in this case.

DATED this 23rd day of June, 2022.

Respectfully submitted.

GALLO LAW OFFICE                                   UNITED STATES ATTORNEY


___/S/ James C. Gallo_____              ___/S/ Angelica Marmorstein____
JAMES C. GALLO, ESQ.                              ANGELICA MARMORSTEIN, ESQ.
Nevada Bar No. 005959                              Assistant United States Attorney
818 S. Casino Center Blvd.                         Nevada Bar No. _____
Las Vegas, NV  89101                               501 Las Vegas Boulevard South. #1100
Attorney for Defendant                             Las Vegas, NV  89101
JASON JACKSON

JAMES C. GALLO, ESQ.
Nevada bar No. 005959
818 S. Casino Center Blvd.
Las Vegas, Nevada  89101
Telephone:  (702) 385-3131
Facsimile:  (702) 385-3130
*Email:  James@GalloLawOffice.com*
Attorney for Defendant
JASON JACKSON

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 2:22-mj-0325-DJA |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER TO CONTINUE ARRAIGNMENT |
| v. | ) | |
| | ) | |
| JASON JACKSON, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | (First Request) |
| _____ | ) | |

FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds:

1. Counsel for Defendant has requested a continuance from U.S. Attorney Angelica Marmorstein who has no objection to this continuance.

2. Counsel for Defendant will be out of the state the week of July 1, 2022, through July 8, 2022.

3. Counsel for Defendant a short continuance after the 8th to appear in court.

4. Denial for this request for continuance would deny the parties herein time and the opportunity to appear in person, taking into account, the exercise of due diligence.

-3-

5. Additionally, denial of this request for continuance would result in a miscarriage of justice.

6. For all the above-stated reasons, the ends of justice would best be served by a continuance of the Arraignment date.

7. The additional time requested by this stipulation, is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. 3161(h)(7) (A), considering the factors under 18 U.S.C. 3161 (h)(7)(B)( i) and 3161 (h)(7)(B)(iv).

8. This is the first request for a continuance of the Arraignment date in this case.

<u>CONCLUSIONS OF LAW</u>

The end of justice served by granting said continuance outweigh the best interest of the public and defendant in a speedy trial since the failure to grant said continuance would likely result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare ~~for sentencing~~ taking into account the exercise of due diligence.

The continuance sought herein is excludable under the Speedy Trial Act, Title 18 U.S.C. 3161(h)(7) (B)(i), considering the factors under title 18 U.S.C. 3161 (h)(7)(B)( i) and 3161 (h)(7)(B)(iv).

<u>ORDER</u>

IT IS FURTHER ORDERED that the Arraignment scheduled for July 7, 2022, at the hour of 11:00 a.m., be vacated and continued for a short continuance to Thursday, August 11, 2022 at 11:00 a.m. in Courtroom 3A.

DATED this 29th day of June 2022.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE