JAMES C. GALLO, ESQ.
Nevada Bar No. 005959
GALLO LAW OFFICE.
818 S. Casino Center Blvd.
Las Vegas, Nevada 89101
Telephone: (702) 385-3131
Facsimile: (702) 385-3130
Attorney for Defendant
JASON A. JACKSON

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JASON A. JACKSON,<br><br>Defendant. | Case No.: 2:22-MJ-325-DJA<br><br>STIPULATION TO CLOSE CASE |

IT IS HEREBY STIPULATED by and between JASON A. JACKSON, Defendant, by and through his counsel, JAMES C. GALLO, Esq.; and the United States of America, by and through, IMANI DIXON, Assistant United States Attorney, that the Status Check set for May 19, 2023, be vacated and the case be closed out.

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

This Stipulation is entered into for the following reasons:

1. Mr. Jackson has completed all the requirements. (See Exhibit A).

DATED this 18th day of May, 2023.

Respectfully submitted.

| LAW OFFICE OF JAMES C GALLO | UNITED STATES ATTORNEY |
|---|---|
| */S/ James C. Gallo* | */S/ Imani Dixon* |
| JAMES C. GALLO, ESQ. | IMANI DIXON |
| 818 S. Casino Center Blvd. | Assistant United States Attorney |
| Las Vegas, NV 89101 | 501 Las Vegas Boulevard South. #1100 |
| Attorney for Defendant | Las Vegas, NV 89101 |
| JASON A. JACKSON | Attorney for Plaintiff |

JAMES C. GALLO, ESQ.
Nevada Bar No. 005959
GALLO LAW OFFICE
818 S. Casino Center Blvd.
Las Vegas, Nevada 89101
Telephone: (702) 385-3131
Facsimile: (702) 385-3130
Attorney for Defendant
JASON A. JACKSON

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JASON A. JACKSON,<br><br>Defendant. | Case No.: 2:22-MJ-325-DJA<br><br>STIPULATION TO CLOSE CASE |

### FINDINGS OF FACT

Based on the pending stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. That Mr. Jackson has completed all of his requirements.

### ORDER

Based on the stipulation of Counsel for all parties and good cause appearing:

IT IS THEREFORE ORDERED that the Status Check scheduled for May 19, 2023, be vacated and the case be successfully closed out.

DATED this 19th of May, 2023.

_____
U.S. MAGISTRATE JUDGE

# EXHIBIT "A"

# U.S. District Court

## Nevada None - Las Vegas

Jason Jackson

Receipt Date: May 17, 2023 10:39AM

Rcpt. No: 200004024

Trans. Date: May 17, 2023 10:39AM

Cashier ID: #LO

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 700 | Criminal Debt | DNVX222MJ000325 | 1 | 1010.00 | 1010.00 |

| CD | Tender | | |
|---|---|---|---|
| CC | Credit Card | | Amt |
| | | | $1,010.00 |

Total Due Prior to Payment: $1,010.00
Total Tendered: $1,010.00
Total Cash Received: $0.00
Cash Change Amount: $0.00

**Comments:** 22mj325

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.

# Certificate of Completion

*Smart Choices*

*Presents:*

*This is to certify that:*

## Jason Jackson

*Has Successfully completed 8 hours of training titled:*

## Level I DUI Education

*This certificate was presented on Monday, December 26th, 2022.*

Student Address:
7858 Windhamridge Dr
Las Vegas, NV 89139

Case No. 22-MJ-0325-DJA



School Official

# Certificate of Completion

Smart Choices

Presents:

This is to certify that:

## Jason Jackson

Has attended a **VICTIM IMPACT PANEL** session and has met the requirements for successful completion of this program.

This certificate was presented on Tuesday, December 13th, 2022.

Case No. 22-MJ-0325-DJA



School Official

# Certificate of Completion

Smart Choices

Presents:

This is to certify that:

# Jason Jackson

Has successfully completed 8 hours of training titled:

**ALCOHOL & OTHER DRUG AWARENESS**

This certificate was presented on Wednesday, February 1st, 2023.

Case No. 22-MJ-0325-DJA



School Official

# Certificate of Completion

**Online Parenting Center**

This document certifies that the person named below has completed a

## 8-Hour Parenting Class

**Jason Jackson**

7858 Windhamridge Dr, Las Vegas, Nevada, 89139
Date of Birth: 04/28/1987
Date of Course Completion: February 9 2023
Certificate Number: A1013022

*Rad Bonev*
Mr. Radostin Bonev
Course Instructor
Certified Parent Instructor (NatPia.com)
866-301-3638 | support@americancec.com


COMPLETED